United States Court of Appeals
Fifth Circuit

**F I L E D**

August 17, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60271
Conference Calendar

_____

RENE CASTRO-JIMINEZ,

Petitioner-Appellant,

versus

JOHN M. BULGER, Acting Director Immigration and
Naturalization Service,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:03-CV-464-BRSU
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

Rene Castro-Jiminez, federal prisoner # 90503-000, appeals the denial of his 28 U.S.C. § 2241 petition challenging his continued immigration detention. Castro, an inadmissible Mariel Cuban, argues pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), that his continued detention is violative of his constitutional rights.

Castro's claim is foreclosed by Gisbert v. U.S. Atty. Gen., 988 F.2d 1437, 1442 (5th Cir.), amended by, Gisbert v. U.S. Atty.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gen., 997 F.2d 1122 (5th Cir. 1993). See Rios v. INS, 324 F.3d 296, 297 (5th Cir. 2003). Therefore, the district court did not err in denying his 28 U.S.C. § 2241 petition.

Castro's request that his appeal be stayed pending the Supreme Court's decision in Benitez v. Wallis, 337 F.3d 1289 (11th Cir. 2003), cert. granted, 124 S. Ct. 1143 (U.S. Jan. 16, 2004) (No. 03-7434), is denied. Despite the grant of certiorari, we continue to follow our own binding precedent. See Wicker v. McCotter, 798 F.2d 155, 157-58 (5th Cir. 1986). Castro's request for appointment of counsel is similarly denied.

AFFIRMED; MOTIONS FOR STAY OF APPEAL AND APPOINTMENT OF COUNSEL DENIED.